Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

| | |
|---|---|
| CODING TECHNOLOGIES LLC, | § |
| Plaintiff, | § Case No.: 3:17-cv-01148-HES-JBT |
| vs. | § |
| ACOSTA, INC., | § **NOTICE OF SETTLEMENT** |
| Defendant. | § |

Plaintiff, CODING TECHNOLOGIES, LLC, hereby gives notice that this action has been settled between the parties. Plaintiff will file a notice of voluntary dismissal on or before January 2, 2018.

**DATED** on December 18, 2017

                      Respectfully submitted,

                      */s/ Coleman Watson*
                      **Coleman W. Watson, Esq.**
                      Florida Bar. No. 0087288

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
      docketing@watsonllp.com
**Alberto T. Montequin, Esq.**
Florida Bar No. 0093795
Email: alberto@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
CODING TECHNOLOGIES LLC